MARK S. NELSON, ESQ., CSB #131218
DEREK L. CASEY, ESQ., CSB # 313309
LAW OFFICES OF MARK S. NELSON
215 McHenry Avenue
Modesto, California 95354
Telephone: (209) 529-0995
Facsimile:   (209) 529-6207
derek@marksnelson.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, 5TH DIVISION

| | |
|---|---|
| DARIN FORD,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE, CAROLINA GUILLEN, and DOES 1 TO 10, INCLUSIVE<br><br>    Defendants. | Case No.:<br><br>COMPLAINT FOR NEGLIGENCE<br><br>[No trial date set] |

COMES NOW Plaintiff, DARIN FORD and files this Complaint for a cause of action against defendant and, each of them and alleges as follows:

**PARTIES**

1. DARIN FORD (hereinafter "Plaintiff") is an individual and resident of Sonora, California.

2. UNITED STATES POSTAL SERVICE (hereinafter "USPS") is an independent establishment of the executive branch of the Government of the United States.

3. CAROLINA GUILLEN (hereinafter "Defendant, GUILLENS") is an individual and resident of Modesto, California. Defendant Guillens was an employee of USPS at the time of the incident and was under the course and scope of employment at that time.

4. Both defendants collectively will be referred to as "Defendants."

## NATURE OF THIS ACTION

5. This is a civil action for personal injuries suffered by Plaintiff against USPS and Guillens. This action arises out of a motor vehicle accident on December 21, 2016 on Benson Ave at the intersection with Oregon Dr. in Modesto, California in the county of Stanislaus. A vehicle owned by USPS and operated by Guillens, USPS's employee, collided with Plaintiff's vehicle. The Defendants' negligence was a substantial contributing factor in causing Plaintiff's injuries.

## VENUE AND JURISDICTION

6. This Court has exclusive jurisdiction over this action under 28 USC Section 2402, and the Federal Torts Claim Act (28 USC Sections 2671-2680). This section authorizes claims against the United States for the negligent acts of employees of the federal government while acting within the scope of their authority.

7. According to 28 USC Section 1367, this Court has supplemental jurisdiction over Plaintiff's claim against Defendant Guillen because the claim is so related to Plaintiff's Claim against USPS (which this Court has original jurisdiction over) that Plaintiff's claims forms a part of the same case or controversy under US Constitution Article III.

8. Venue is proper in this district because the incident giving rise to the claim occurred in Stanislaus County, which falls within the jurisdiction of this Court.

## GENERAL ALLEGATIONS

9. Plaintiff is presently unaware of the true names and capacities and liability of defendants named as DOES 1 through 10, inclusive, and Plaintiff will seek leave of court to amend the Complaint to allege their true names and capacities after the same have been ascertained.

10. Plaintiff is informed and believes and, based thereon, alleges that at all times herein mentioned defendants DOES 1 through 10, inclusive and each of them are individuals and/or business entities of unknown form and are responsible, directly or vicariously, for the events and happenings herein referred to and caused, or are responsible for the damages sustained by Plaintiff herein, if any there may be.

Plaintiff's Complaint

24. This breach of duty to Plaintiff has directly caused Plaintiff's injuries and suffering.

WHEREFORE, Plaintiff prays for judgment against Defendants, as hereinafter set forth.

## SECOND CLAIM FOR RELIEF

## NEGLIGENCE AGAINST USPS

25. Plaintiff hereby incorporates by reference Paragraphs 1 through 22 above as though fully set forth herein.

26. USPS failed to act as a reasonably prudent employer by entrusting a vehicle to Defendant Guillen who negligently operated the vehicle and negligently caused a collision against the vehicle Plaintiff was riding in while in the course and scope of her employment.

27. USPS breached its duty of care to Plaintiff by entrusting a vehicle to Guillen who negligently caused a collision with Plaintiff.

28. This breach of duty to Plaintiff has directly caused Plaintiff's injuries and suffering.

WHEREFORE, Plaintiff prays for judgment against Defendants, as hereinafter set forth.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF prays for judgment against DEFENDANT POSTAL SERVICE AND DEFENDANT MS. FROMMELT and each of them as follows:

1. Economic damages according to proof;

2. General damages for mental and emotional distress and other incidental damages according to proof;

3. For costs of suit incurred herein; and

4. For such other and further relief as the Court deems just and proper.

Dated: June 1, 2018                    LAW OFFICES OF MARK S. NELSON

By: _____
Mark S. Nelson, Attorney for Plaintiff

4

Plaintiff's Complaint